## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR158** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **ROBERT RALPH EIFERT, II, and** | ) | |
| **DAVID FERNANDO RUBAL,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the government's motion to dismiss (Filing No. 37). Pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment without prejudice against the above-named Defendants, Robert Ralph Eifert, II, and David Fernando Rubal.

IT IS ORDERED that the government's motion to dismiss (Filing No. 37) is granted.

DATED this 12th day of December, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge